Shonda Scott **HILLENSBECK**, and Samantha Scott, Plaintiffs–Appellees,

v.

**UNITED STATES**, Defendant–Appellant.

No. 2007–5079.

United States Court of Appeals, Federal Circuit.

May 17, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**NETALOG, INC.**, Plaintiff–Appellant,

v.

**GRIFFIN TECHNOLOGY, INC.**, Defendant–Appellee.

No. 2006–1644.

United States Court of Appeals, Federal Circuit.

May 18, 2007.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal from *Netalog v. Griffin Technology,* Case No. 1:04–CV–00850 (M.D.N.C.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.